IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CASE NO. 5:22-CV-055-KDB-DCK

| | |
|---|---|
| JULIA POLLEX, ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| GREAT AMERICAN INSURANCE ) | |
| COMPANY, d/b/a GREAT AMERICAN ) | |
| INSURANCE GROUP, and GREAT ) | |
| AMERICAN ASSURANCE COMPANY, ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on Defendants' "Consent Motion For Extension Of Certain Pre-Trial Deadlines" (Document No. 23) filed October 31, 2022, and "Plaintiff's Motion For Leave To Serve Expert Witness Report On The Issue Of Claims Handling Standards Of Care" (Document No. 18) filed October 20, 2022. These motions have been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motions and the record, in consultation with Judge Bell's chambers, and following communication with counsel for the parties, the undersigned will grant the motions.

**IT IS, THEREFORE, ORDERED** that "Plaintiff's Motion For Leave To Serve Expert Witness Report On The Issue Of Claims Handling Standards Of Care" (Document No. 18) is **GRANTED**.[1]

---

[1] The undersigned notes that counsel for the parties indicated via email to the undersigned's chambers on November 1, 2022 that this motion is now consented to.

**IT IS FURTHER ORDERED** that Defendants' "Consent Motion For Extension Of Certain Pre-Trial Deadlines" (Document No. 23) is **GRANTED**. The scheduling order deadlines are revised as follows: additional expert report (Plaintiff) – **November 15, 2022**; additional expert report (Defendants) – **December 8, 2022**; completion of fact discovery – **December 31, 2022**; completion of expert discovery – **January 15, 2023**; mediation report – **January 15, 2023**; and dispositive motions deadline – **February 15, 2023**. The trial date in this case remains unchanged.

**SO ORDERED**.

Signed: November 2, 2022

David C. Keesler
United States Magistrate Judge